| Probation Form 22<br>(REV. MAR 05) | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)*<br>*7:11-MJ-1266-1* |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF OFFENDER<br><br>**Matthew William Allen** | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION |
|---|---|---|

NAME OF SENTENCING JUDGE
**Robert B. Jones, Jr.**

| DATES OF<br>SUPERVISION<br><br>→ | FROM<br><br>12/21/2011 | TO<br><br>12/20/2012 |
|---|---|---|

OFFENSE
     **Damage to Government Property, 18 USC § 1361**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Southern District of Ohio upon that court's order of acceptance of jurisdiction.  This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_1/17/2012_
Date

_[signature]_
U.S. Magistrate Judge

**FILED**

\* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

FEB 2 8 2012

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

    IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_2-23-2012_
Effective date

_[signature]_
United States District Judge